**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 8, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-16-00419-CV

### LBX LIGHTING, INC., Appellant

### V.

### ESMAT F. SIDAROS D/B/A THE HOUSE OF CHANDELIERS & HOME ACCENTS, Appellee

**On Appeal from County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1030107**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 8, 2016. On November 1, 2016, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. Accordingly, the appeal is **DISMISSED**.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Wise.